No. 1037.  TAI MUI v. ESPERDY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 2d Cir.  Certiorari denied.  *Abraham Lebenkoff* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1038.  CHAN HING ET AL. v. ESPERDY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 2d Cir.  Certiorari denied.  *Abraham Lebenkoff* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1052.  RETAIL CLERKS INTERNATIONAL ASSOCIATION, AFL–CIO, ET AL. v. NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.  *S. G. Lippman* and *Tim L. Bornstein* for petitioners.  *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1090.  WOO CHENG HWA v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 2d Cir.  Certiorari denied.  *Jack Wasserman* and *David Carliner* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1110.  WWIZ, INC. v. FEDERAL COMMUNICATIONS COMMISSION.  C. A. D. C. Cir.  Certiorari denied.  *Carl L. Shipley* for petitioner.  *Solicitor General Marshall* and *Henry Geller* for respondent.

No. 1129.  JANOUSEK v. CHATTERTON ET AL.  C. A. D. C. Cir.  Certiorari denied.